

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-89,028-01

### EX PARTE TILTON JOSHUA ISAIAH MAPPS, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 1524810A IN THE 8TH DISTRICT COURT FROM HOPKINS COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of murder and sentenced to ninety-nine years' imprisonment.

On October 24, 2018, this Court remanded this application to the trial court for findings of fact and conclusions of law. On April 8, 2019, the trial court made findings of fact and conclusions of law that were based on the trial judge's personal recollection of the proceedings, the trial court's review of the record, and an affidavit provided by trial counsel. The trial court recommended that relief be denied.

The trial court's findings did not fully address all fact issues necessary to the resolution of the claims that Applicant raised and that we remanded for resolution. Nonetheless, this Court has undertaken an independent review of all the evidence in the record. Therefore, based on the trial court's findings of fact and conclusions of law as well as this Court's independent review of the entire record, we deny relief.

Filed: July 3, 2019

Do not publish